FILED
JUL 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Mag. Case No. 08-1005M-SD |
|---|---|---|
| Plaintiff, | ) | COMPLAINT FOR VIOLATION OF |
| v. | ) | Title 8, U.S.C., Section 1326 Deported Alien Found In the United States |
| Alfredo LANDEROS-Vargas, | ) | |
| Defendant. | ) | |

The undersigned complainant being duly sworn states:

On or about July 28, 2008, within the Southern District of California, defendant Alfredo LANDEROS-Vargas, an alien, who previously had been excluded, deported or removed from the United States to Mexico was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States code, section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Senior Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 29th DAY OF JULY 2008.

_____
JAY R. IRWIN
U.S. MAGISTRATE JUDGE

(1)

1  UNITED STATES OF AMERICA
2         v.
   Alfredo LANDEROS-Vargas
3
4                    STATEMENT OF FACTS

5    The complainant states that this complaint is based upon the statements of the
6  apprehending officers, that the Defendant was found and arrested on or about July
7  28, 2008 near Andrade, California. Questioning of the Defendant by agents revealed
8  that the Defendant was a citizen of Mexico, and was not in possession of valid
9  documents allowing him to enter or remain in the United States.
10
11
12   By questioning the Defendant and through record checks, agents determined
13 that on or about November 17, 2006 the Defendant had been removed from the
14 United States through the port of San Ysidro, California, subsequent to a conviction in
15 Superior Court, State of California, Sutter County, on or about January 8, 1990, for the
16 crime of Rape by Force/Fear/Etc, an aggravated felony.
17
18
19   Agents determined that on or about July 28, 2008, the Defendant re-entered the
20 United States without the Secretary of the Department of Homeland Security having
21 consented to reapplication by the Defendant for admission into the United States.
22
23                            _____
                                    Signature of Complainant
24 Sworn to before me and subscribed in my presence,
25     July 29, 2008
26 Date                          Signature of Judicial Officer
27
28