**UNITED STATES DISTRICT COURT**                                    **MAGISTRATE JUDGE'S MINUTES**
**SOUTHERN DISTRICT OF CALIFORNIA - Yuma**

DATE: _7/29/2008_          CASE NUMBER: _08-16005M-SD_

USA vs. _Alfredo Landeros-Vargas_

U.S. MAGISTRATE JUDGE: _JAY R. IRWIN_ #: _70BK_

A.U.S. Attorney _None Present_____     INTERPRETER__Ricardo Gonzalez_____
                                                   LANGUAGE__Spanish_____
Attorney for Defendant _Matthew Johnson (AFPD) this hearing only_
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): _

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY

DOA _7/28/08_               ☒   Initial Appearance          ☒   Appointment of counsel hearing held
☐ Financial Afdvt taken     ☒   Defendant Sworn             ☐   Financial Afdvt sealed
☐ Rule 5(c)(3)              ☐   Defendant states true name to be ___. Further proceedings  ORDERED
                                in Defendant's true name.

| **DETENTION HEARING:**<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>Set for:<br>Before:<br>☒    Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐    Defendant ordered released _____<br>☐    Defendant continued detained pending trial<br>  ☐ Flight risk ☐ Danger | **IDENTITY HEARING:**<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br><br>☐    Warrant of removal issued. |
|---|---|
| **PRELIMINARY HEARING:**<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:  8/12/08 at 1:30 pm<br>Before:  Magistrate Judge Lewis, El Centro, CA<br>☐    Probable cause found    ☐ Dismissed<br>☐    Held to answer before District Court | **STATUS HEARING:** re: _____<br>☐ Held ☐ Con't ☐ Reset<br><br>Set for:<br>Before: |

Other: _This Court appoints an attorney from the AFPD Office in El Centro, CA.  First appearance in the district of offense is set for 8/5/08 at 1:30 pm before Magistrate Judge Lewis._

                              Recorded by Courtsmart (4 min)
                              BY:  Angela J. Tuohy
                              Deputy Clerk