**ANDREW LAH**
California State Bar No. 234580
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile:   (619) 687-2666
andrew_lah@fd.org

Attorneys for Defendant Mr. Landeros-Vargas

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | Case No. 08MJ16005 |
| Plaintiff,            ) | |
| v.            ) | **NOTICE OF APPEARANCE** |
| **ALFREDO LANDEROS-VARGAS,**            ) | |
| Defendant.            ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Andrew Lah, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: August 11, 2008           *s/ ANDREW LAH*
                                 Federal Defenders of San Diego, Inc.
                                 Attorneys for Defendant
                                 andrew_lah@fd.org

**ANDREW LAH**
California State Bar No. 234580
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile: (619) 687-2666
andrew_lah@fd.org

Attorneys for Mr. Landeros-Vargas

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08MJ16005 |
| Plaintiff, | |
| v. | **PROOF OF SERVICE** |
| **ALFREDO LANDEROS-VARGAS,** | |
| Defendant. | |

    Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

    **Assistant United States Attorney**
    efile.dkt.gc1@usdoj.gov

Dated: August 11, 2008                                             *s/ ANDREW LAH*
                                                                                **ANDREW LAH**
                                                                                Federal Defenders of San Diego, Inc.,
                                                                                andrew_lah@fd.org