FILED

08 AUG 12 AM 11:11

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. '08 CR 2682 DMS |
| Plaintiff, ) | |
| ) | I N D I C T M E N T |
| v. ) | |
| ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |
| ALFREDO LANDEROS-VARGAS, ) | |
| Defendant. ) | |

The grand jury charges:

On or about July 28, 2008, within the Southern District of California, defendant ALFREDO LANDEROS-VARGAS, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

SLF:nlv(1):Imperial
8/12/08

1     It is further alleged that defendant ALFREDO LANDEROS-VARGAS was removed from the United States subsequent to October 25, 2005.

DATED: August 12, 2008.

A TRUE BILL:

*[signature]*
Foreperson

KAREN P. HEWITT
United States Attorney

By: *[signature]*
SABRINA L. FEVE
Assistant U.S. Attorney

2